IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE LIGONS, | : | CIVIL ACTION |
| | : | NO. 09-5095 |
|     Petitioner | : | |
|  v. | : | |
| | : | |
| JEFFREY BEARD, et al., | : | |
| | : | |
|     Respondents | : | |

### ORDER

**AND NOW**, this **11th** day of **May, 2023,** upon consideration of Petitioner's Amended Petition for Writ of Habeas Corpus and accompanying Memorandum of Law (ECF Nos. 38, 50) and Respondents' Response in Support (ECF No. 113), it is hereby **ORDERED** that Respondents shall supplement their response as to the other remaining claims in the Amended Petition on or by **June 23, 2023.**

It is **FURTHER ORDERED** that Respondents are **DIRECTED** to provide the Court with a copy of the state-court proceedings in Commonwealth v. Ligons on or by **June 23, 2023.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**